UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Cause No. 3:05-00090 ) JUDGE ALETA A. TRAUGER |
| DAVID TODD III, | ) ) |
| Judgment Defendant. | ) |

**AGREED FINAL ORDER FOR INSTALLMENT PAYMENT PLAN**

The parties, The United States of America, and the judgment defendant, David Todd III, agree and stipulate as follows:

1. The judgment defendant's name is David Todd III. His Social Security Number is xxx-xx-5805 and his last known address is 9707 Tanglewood Lane, Brentwood, TN 37210.

2. A judgment has been entered against the defendant, David Todd III, in this action in the aggregate amount of $354,545.79 with no interest accruing. The total balance due on the judgment is $353,593.06, as of June 28, 2016.

3. The Defendant, David Todd III, has expressed a desire to avoid garnishment for fear of being terminated by his employer because of the garnishment.

4. Pursuant to 28 U.S.C. § 3204, the Defendant will pay $200 monthly beginning July 24, 2016 and continue to pay $200 monthly thereafter on the 24th day of every month until his debt is satisfied in full or until further ordered by this Honorable Court to stop payments.

5. Checks should be made payable to:

U.S. District Court (put case number **3:05-00090** on all correspondence to court.) and mail checks to:

    U.S. District Court
    801 Broadway, Room 800
    Nashville, TN 37203

6. This agreement does not preclude the United States from employing other methods of collection from the Defendant, David Todd III, in addition to those set forth herein.

Respectfully submitted,

DAVID RIVERA
United States Attorney

By: *Megan Seliber* (signature)
Megan Seliber
Assistant United States Attorney

*(signature)*
David Todd III
Judgment Defendant

**APPROVED AND SO ORDERED** this __12th__ day of __July__, 2016.

_____
Date

*(signature)*
Aleta A. Trauger, Judge
United States District Court

Copies to:

Megan Seliber
Assistant United States Attorney
110 9th Avenue South
Suite A-961
Nashville, TN 37203-3870

David Todd III
Judgment Defendant
9707 Tanglewood Lane
Brentwood, TN 37210

2